BEFORE THE FIRST DIVISION, APRIL 1, 1958

**No. 61751.**—Frank P. Dow Co., Inc. *v.* United States, protest 279691–K (Seattle).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 60266, the claim of the plaintiff was sustained.